Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

USPLY LLC

                          **Plaintiff,**

   **v.**

**UNITED STATES,**

                          **Defendant.**

**S U M M O N S**   Ct. No. 25-00112

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. USPLY LLC; interested party participated in countervailing review
   (Name and standing of plaintiff)

2. Certain Hardwood Plywood Products From the People's Republic of China: Final Results of Administrative Reviews of the Antidumping and Countervailing Duty Orders, Final Determination of No Shipments; 2021– 2022; 90 Fed. Reg. 21271 (May 19, 2025)

   C-570-052

   (Brief description of contested determination)

3. 5/12/25
   (Date of determination)

4. 5/19/25
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ Gregory S. Menegaz

Signature of Plaintiff's Attorney

6/18/25

   Date

Gregory S. Menegaz
The Inter-Global Trade Law Group, PLLC
1156 Fifteenth Street NW, Ste 1101
Washington DC, 20005
gmenegaz@igtlaw.com 202-868-0300

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
Department of Justice,
Civil Division Room 346, Third Floor
26 Federal Plaza  New York, NY 10278
-
Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC   20530
-
General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC   20230