## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| USPLY LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Court No. 25-00112 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD, | ) |
| Defendant-Intervenors. | ) |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Date: December 1, 2025

/s/ Gregory S. Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
Vivien Jinghui Wang
**THE INTER-GLOBAL TRADE LAW GROUP, PLLC**
Suite 1101
1156 Fifteenth Street, N.W.
Washington, DC 20005
Tel: (202) 868-0300
gmenegaz@igtlaw.com
*Attorney for Plaintiff*

Date: <u>December 1, 2025</u>                BRETT A. SHUMATE
                                                     Assistant Attorney General

                                                     PATRICIA M. McCARTHY
                                                     Director

                                                     <u>/s/Tara K. Hogan</u>
                                                     TARA K. HOGAN
                                                     Assistant Director

                                                     <u>/s/Sosun Bae</u>
                                                     SOSUN BAE
                                                     Senior Trial Counsel
                                                     U.S. Department of Justice
                                                     Commercial Litigation Branch
                                                     Civil Division
                                                     P.O. Box 480
                                                     Ben Franklin Station
                                                     Washington, DC 20044
                                                     (202) 305-7568
                                                     (202) 514-8624 (fax)
                                                     sosun.bae@usdoj.gov
                                                     *Attorneys for Defendant United States*

Date: <u>December 1, 2025</u>                <u>/s/ Timothy C. Brightbill</u>
                                                     Timothy C. Brightbill
                                                     Stephanie Manaker Bell
                                                     John Allen Riggins
                                                     Wiley Rein, LLP
                                                     2050 M Street, NW.
                                                     Washington, DC 20036
                                                     (202) 719-4384
                                                     (202) 719-7049 (fax)
                                                     *Attorneys for Defendant-Intervenor*

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name |
|---|---|
| 25-00112 | USPLY LLC |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                              Clerk, U. S. Court of International Trade

                              By: _____
                                     Deputy Clerk

(As added Dec. 18, 2001, eff. April, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)